# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 13-374** |
| | : | |
| **RICHARD MELENDEZ** | : | |

## ORDER

**AND NOW**, this 21st day of November 2025, following random reassignment (ECF 65) leading to our review of the incarcerated Defendant's *pro se* Motion for a reduction in sentence (ECF 56), the United States' Response (ECF 58), Defendant's Reply (ECF 59), and the United States' supplemental memorandum (ECF 67) responsive to our November 10, 2025 Order (ECF 66), it is **ORDERED** Defendant's Motion (ECF 56) is **DENIED** without prejudice.

**KEARNEY, J.**